COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ALBERTO ALVAREZ, A/K/A<br>ALBERTO ALVAREZ HERNANDEZ,<br><br>Appellant,<br><br>v.<br><br>THE STATE OF TEXAS,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-11-00063-CR<br><br>Appeal from<br><br>346th District Court<br><br>of El Paso County, Texas<br><br>(TC # 20080D01359) |

## O R D E R

Appellant requests review of record in Cause No. 08-11-00063-CR to prepare his petition for discretionary review to be filed in the Court of Criminal Appeals. We therefore ORDER the Clerk of the District Court of El Paso County, Texas to forward a copy of the record to the prison senior warden, Mark Jones, Darrington Unit, 59 Darrington Rd., Rosharon, Texas 77583 for use by the Appellant in preparation of his petition for discretionary review under the supervision of designated custodian of records. We further ORDER that the record be returned to the Clerk of the District Court of El Paso County, no later than August 1, 2013.

IT IS SO ORDERED THIS 26TH DAY OF JUNE, 2013.

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating